# Exhibit A

ELECTRONICALLY FILED
6/25/2021 4:30 PM
65-CV-2021-900045.00
CIRCUIT COURT OF
WASHINGTON COUNTY, ALABAMA
VALERIE KNAPP, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>65-<br>Date of Filing:<br>06/25/2021    Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA**
**RENEE THORNTON v. TRAVELERS INDEMNITY COMPANY**

**First Plaintiff:** ☐ Business  ☑ Individual    **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other                          ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☐ MONETARY AWARD REQUESTED  ☑ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** UTS002     6/25/2021 4:30:58 PM     /s/ JOHN J. UTSEY
                                 Date                    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES  ☐ NO  ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES  ☐ NO

DOCUMENT 2
Case 1:21-cv-00323-KD-B   Document 1-1   Filed 07/22/21   Page 3 of 14   PageID #: 12
ELECTRONICALLY FILED
6/25/2021 4:30 PM
65-CV-2021-900045.00
CIRCUIT COURT OF
WASHINGTON COUNTY, ALABAMA
VALERIE KNAPP, CLERK

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA

| | |
|---|---|
| RENEE THORNTON, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *  Case No.: |
| | * |
| TRAVELERS INDEMNITY COMPANY, | * |
| | * |
| Defendant. | * |

## COMPLAINT
## GENERAL AVERMENTS

1. Plaintiff, Renee Thornton ("Plaintiff") is an individual who resides at ███████ ███████ Chatom, Alabama 36518, and was the policyholder under the insurance contract identified in Paragraph 2.

2. Defendant Travelers Indemnity Company ("Defendant") is a Connecticut corporation. It is an insurance company which does business and sells insurance regularly in the State of Alabama and did so for all matters and at all times relevant and material to this Complaint. Plaintiff insured the premises located at ███████████████ Chatom, Alabama 36518 ("the Residence") during the date of loss on April 12, 2021. The policy numbered 606930181 633 1 ("the Policy") was in full force and effect at the time the Residence sustained damage.

3. On or about April 12, 2021, the plaintiff's residence received fire damage.

4. To date, the Defendant has paid the plaintiff $63,768.53 for the damage to the residence.

5. On May 28, 2021, via email, the Plaintiff demanded an appraisal under the provision of the policy. More than 20 days have passed and the Plaintiff has had no response

from the Defendant.

## COUNT ONE
### REQUEST FOR APPOINTMENT OF AN UMPIRE

6. Plaintiff alleges and adopts Paragraphs one through five of the Complaint as if fully set out herein.

7. The insurance policy in question provides that in the event of a dispute the parties will appoint appraisers to determine the value of the loss (the appraisal provision) and if the appraisers cannot agree, then either party may seek appointment of an umpire through a judge of record in the state where the "residence premises" is located. Plaintiff therefore request that an umpire be appointed to determine the amount of the loss, as provided by the policy.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereby requests appointment of an umpire to determine the amount of the loss to the residence and its appurtenances. Plaintiff prays for such other and further relief as the Court seems proper and just.

This the 25th day of June, 2021.

UTSEY & UTSEY

BY: _____
J. JEFFERSON UTSEY
*Attorney for Plaintiff*
Post Office Box 615
Butler, Alabama 36904
Telephone: (205) 459-3791
Facsimile: (205) 459-4479
Email: utseylaw3@tds.net

THE DEFENDANTS MAY BE SERVED BY CERTIFIED MAIL AS FOLLOWS:

Travelers Indemnity Company
Agent: Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, Alabama 36104



AlaFile E-Notice

65-CV-2021-900045.00

To:   JOHN J. UTSEY
      utseylaw3@tds.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA

RENEE THORNTON V. TRAVELERS INDEMNITY COMPANY
65-CV-2021-900045.00

The following complaint was FILED on 6/25/2021 4:31:06 PM

Notice Date:    6/25/2021 4:31:06 PM

VALERIE KNAPP
CIRCUIT COURT CLERK
WASHINGTON COUNTY, ALABAMA
45 COURT STREET
PO BOX 548
CHATOM, AL, 36518

251-847-2239
valerie.knapp@alacourt.gov



AlaFile E-Notice

65-CV-2021-900045.00

To: TRAVELERS INDEMNITY COMPANY
CORPORATION SERVICE COMP
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA

RENEE THORNTON V. TRAVELERS INDEMNITY COMPANY
65-CV-2021-900045.00

The following complaint was FILED on 6/25/2021 4:31:06 PM

Notice Date:    6/25/2021 4:31:06 PM

VALERIE KNAPP
CIRCUIT COURT CLERK
WASHINGTON COUNTY, ALABAMA
45 COURT STREET
PO BOX 548
CHATOM, AL, 36518

251-847-2239
valerie.knapp@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>65-CV-2021-900045.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA**
**RENEE THORNTON V. TRAVELERS INDEMNITY COMPANY**

**NOTICE TO:** TRAVELERS INDEMNITY COMPANY, CORPORATION SERVICE COMP 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JOHN J. UTSEY
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 615, BUTLER, AL 36904
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of RENEE THORNTON *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

06/25/2021   /s/ VALERIE KNAPP   By: _____
*(Date)*   *(Signature of Clerk)*   *(Name)*

☑ Certified Mail is hereby requested.   /s/ JOHN J. UTSEY
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____.
*(Name of Person Served)*   *(Name of County)*   *(Date)*

_____
*(Address of Server)*

_____   _____
*(Type of Process Server)*   *(Server's Signature)*

_____   _____
*(Server's Printed Name)*   *(Phone Number of Server)*



7015 1640 0001 8824 3325

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com.

OFFICIAL USE

Certified Mail Fee $3.60

Extra Services & Fees (check box, add fee as appropriate)
- [x] Return Receipt (hardcopy)
- [ ] Return Receipt (electronic)
- [ ] Certified Mail Restricted Delivery
- [ ] Adult Signature Required
- [ ] Adult Signature Restricted Delivery

Postmark Here

36512 JRCPC

Postage $.71

Total Postage and Fees $7.60

Sent To: Travelers Indemnity Company Corp. Service Comp.
Street and Apt. No., or PO Box: 641 South Lawrence St
City, State, ZIP+4: Montgomery, AL 36104
CV-2021-900045 S/C

PS Form 3800, April 20

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Travelers Indemnity Company
   Corp. Service Comp.
   641 South Lawrence St
   Montgomery, AL 36104
   CV-2021-900045 S/C

   9590 9402 6598 1028 6815 47

2. Article Number (Transfer from service label)

   7019 1640 0001 8824 3325

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Kelly Webster*   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  7-2-21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   VALERIE KNAPP
   CIRCUIT CLERK

   JUL 09 2021


WASHINGTON COUNTY
ALABAMA

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**USPS TRACKING #**



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6598 1028 6815 47

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

Washinton County Circuit Clerk

Valerie Knapp

P.O. Box 548

Chatom, AL 36518





AlaFile E-Notice

65-CV-2021-900045.00

Judge: C ROBERT MONTGOMERY

To: UTSEY JOHN JEFFERSON
utseylaw3@tds.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA

RENEE THORNTON V. TRAVELERS INDEMNITY COMPANY
65-CV-2021-900045.00

The following matter was served on 7/2/2021

**D001 TRAVELERS INDEMNITY COMPANY**
**Corresponding To**
CERTIFIED MAIL
RECEIVED BY KELLY WEBSTER

VALERIE KNAPP
CIRCUIT COURT CLERK
WASHINGTON COUNTY, ALABAMA
45 COURT STREET
PO BOX 548
CHATOM, AL, 36518

251-847-2239
valerie.knapp@alacourt.gov

## IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ALABAMA

| | |
|---|---|
| **RENEE THORNTON,** | ) |
| **Plaintiff,** | ) |
| | ) CV-2021-900045 |
| v. | ) |
| **TRAVELERS INDEMNITY COMPANY,** | ) |
| **Defendant.** | ) |

## NOTICE OF REMOVAL

TO THE PLAINTIFF IN THE ABOVE-STYLED CAUSE AND ITS ATTORNEY OF RECORD:

Please take notice that on the 22nd day of July, 2021, the undersigned, as attorneys for Defendant Travelers Personal Insurance Company ("Travelers"), incorrectly referenced in Plaintiff's Complaint as "Travelers Indemnity Company," filed on its behalf a Notice of Removal in the United States District Court for the Southern District of Alabama, to remove the above-entitled cause of action from the Circuit Court of Washington County, Alabama (CV-2021-900045) to said United States District Court, and also filed a true copy of said Notice of Removal with the Clerk of the Circuit Court of Washington County, Alabama.

Respectfully submitted,

s/ Joel S. Isenberg
Joel S. Isenberg (ISE001)
Candace H. Newton (HUD026)
Ian P. Shippey (SHI045)
Attorneys for Defendant Travelers Personal Insurance Company, incorrectly referenced in Plaintiff's Complaint as Travelers Indemnity Company

**OF COUNSEL**:
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, AL 35243
Telephone:	(205) 313-1200
Facsimile:	(205) 313-1201
jisenberg@elylawllc.com
cnewton@elylawllc.com
ishippey@elylawllc.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the Alafile electronic filing system and/or by U.S. Mail on this the 22nd day of July, 2021.

J. Jefferson Utsey
Utsey & Utsey
P.O. Box 615
Butler, Alabama 36904
utseylaw3@tds.net

                                                 s/ Joel S. Isenberg
                                                 OF COUNSEL